# UNITED STATES DISTRICT COURT

District of _____Delaware_____

NIL LAROM AND BAR LAROM, Personal
Representatives of the Estates of Daphna
and Camille Larom, Deceased and
NIL LAROM AND BAR LAROM, in their own right
V.

ORACAM LTD. AND THE NEW PIPER
AIRCRAFT, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-922

TO: (Name and address of Defendant)

ORACAM LTD.
c/o CorpAmerica, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE  19808

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Albert H. Manwaring, IV, Esq.  (DE Bar No. 4339)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

Beth June
(By) DEPUTY CLERK

12-30-05

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 1/4/06 |
| NAME OF SERVER (PRINT) CARLEY M SHEA | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Personally served Oracam Ltd, by serving its Registered Agent, Corp America, Inc at 2711 Centerville Rd, Wilm DE 19808 at 3:50 PM Person Accepting Service: Mary Drummond

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/4/06
            Date

Signature of Server
Parcels Inc
230 N. Market St, Wilm DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.