AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

NIL LAROM AND BAR LAROM, Personal
Representatives of the Estates of Daphna
and Camille Larom, Deceased and
NIL LAROM AND BAR LAROM, in their own right

ORACAM LTD. AND THE NEW PIPER
AIRCRAFT, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  0 5 - 9 2 2

TO: (Name and address of Defendant)

THE NEW PIPER AIRCRAFT, INC.
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE  19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Albert H. Manwaring, IV, Esq.   (DE Bar No. 4339)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                           12-30-05

CLERK                                                     DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/4/06 |
| NAME OF SERVER *(PRINT)* CAREY M SHEA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED THE NEW PIPER AIRCRAFT, INC by SERVING ITS REGISTERED AGENT, THE PRENTICE-HALL CORPORATION SYSTEM, INC AT 2711 CENTERVILLE RD, WILM DE 19808 AT 3:50PM PERSON ACCEPTING SERVICE: MARY DRUMMOND

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/4/06
    Date

Signature of Server

PARCELS INC
230 N. MARKET ST, WILM DE 19801
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.