UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIL LAROM and BAR LAROM,<br>Personal Representatives of the Estates of<br>DAPHINA LAROM, Deceased, and<br>CAMILLE LAROM, Deceased, Israel,<br><br>and<br><br>NIL LAROM and BAR LAROM, in their own<br>right, Quebec Canada<br><br>       Plaintiffs,<br><br>       v.<br><br>ORACAM LTD., a Delaware Corporation,<br>Wilmington, Delaware,<br><br>and<br><br>THE NEW PIPER AIRCRAFT, INC.,<br>A Delaware Corporation,<br>Vero Beach, Florida,<br><br>       Defendants. | Civil Action No. 05-922 (JJF)<br><br><br>JURY TRIAL DEMANDED |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff and Oracam Ltd ("Oracam"), subject to Court approval, that the time within which Oracam shall have to answer, move or otherwise respond to the allegations of the Complaint is hereby extended until and including February 24, 2006.

{10010522.DOC}

| PEPPER HAMILTON LLP | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| *[signature]* | *[signature]* |
| Albert H. Manwaring, IV (#4339) | Etta R. Wolfe (#4164) |
| Hercules Plaza, Suite 5100 | 800 Delaware Avenue, 7th Floor |
| 1313 N. Market Street | P.O. Box 410 |
| P.O. Box 1709 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1709 | (302) 652-8400 - phone |
| 302-777-6514 - phone | (302) 652-8405 – fax |
| 302-777-8390 - fax | Counsel for Oracam |
| Counsel for plaintiffs | |
| Date: 1/24/06 | Date: 1/24/06 |

110010522.DOC