# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIL LAROM and BAR LAROM, Personal Representatives of the Estates of DAPHINA LAROM, Deceased, and CAMILLE LAROM, Deceased, Israel, and NIL LAROM and BAR LAROM, in their own right, Quebec Canada<br><br>Plaintiffs,<br><br>v.<br><br>ORACAM LTD., a Delaware Corporation, Wilmington, Delaware,<br><br>and<br><br>THE NEW PIPER AIRCRAFT, INC., A Delaware Corporation, Vero Beach, Florida,<br><br>Defendants. | Civil Action No. 05-922 (JJF)<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Upon consideration of the Stipulation to Extend Time to Respond to Complaint dated January 24, 2006 (the "Stipulation") by and between the Plaintiffs and Oracam Ltd. ("Oracam"); it is hereby

ORDERED that the Stipulation is approved;

Date:_____  _____
Joseph J. Farnan, Jr.
United States District Court Judge

{10010523.DOC}