IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIL LAROM and BAR LAROM,<br>Personal Representatives of the Estates<br>of DAPHNA LAROM, Deceased, and<br>CAMILLE LAROM, Deceased,<br>Israel,<br><br>and<br><br>NIL LAROM and BAR LAROM,<br>in their own right,<br>Quebec, Canada,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>ORACAM LTD., a Delaware Corporation,<br>Wilmington, Delaware,<br><br>and<br><br>THE NEW PIPER AIRCRAFT, INC.,<br>a Delaware Corporation,<br>Vero Beach, Florida,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 1:05-cv-922 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Nil Larom and Bar Larom, Personal Representatives of the Estates of Daphna Larom, deceased, and Camille Larom, deceased, and Nil Larom and Bar Larom, in their own right ("Plaintiffs"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby give notice that all claims of Plaintiffs against

*(The Remainder of this Page Intentionally Left Blank)*

The New Piper Aircraft, Inc. are DISMISSED WITHOUT PREJUDICE in the above-captioned matter without costs to any party.[1]

                                    /s/ Albert H. Manwaring, IV
                                    Albert H. Manwaring, IV (# 4339)
                                    Phillip T. Mellet (# 4741)
                                    PEPPER HAMILTON LLP
                                    Hercules Plaza, Suite 5100
                                    1313 N. Market Street
                                    P.O. Box 1709
                                    Wilmington, DE  19899-1709
                                    (302) 777-6500 – Tel.
                                    (302) 421-8390 – Fax.
                                    manwaringa@pepperlaw.com
                                    melletp@pepperlaw.com

Dated:  January 24, 2006              Attorneys for Plaintiffs

---

[1] **Plaintiffs' claims against the remaining Defendant Oracam Ltd. are not being dismissed in this Notice of Voluntary Dismissal, and remain as claims pending in this case.**

WL: #182648 v1 (3WXK01!.DOC)