# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIL LAROM and BAR LAROM, Personal Representatives of the Estates of DAPHINA LAROM, Deceased, and CAMILLE LAROM, Deceased, Israel, <br><br> and <br><br> NIL LAROM and BAR LAROM, in their own right, Quebec Canada <br><br> Plaintiffs, <br><br> v. <br><br> ORACAM LTD., a Delaware Corporation, Wilmington, Delaware, <br><br> and <br><br> THE NEW PIPER AIRCRAFT, INC., A Delaware Corporation, Vero Beach, Florida, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 05-922 (JJF) <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING STIPULATION FURTHER EXTENDING TIME
## TO RESPOND TO COMPLAINT

Upon consideration of the Stipulation Further Extending Time to Respond to

Complaint dated February 23, 2006 (the "Stipulation") by and between the Plaintiffs and

Oracam Ltd. ("Oracam"); it is hereby

    ORDERED that the Stipulation is approved;

  Date:_____

                                       Joseph J. Farnan, Jr.
                                       United States District Court Judge

{10011568.DOC}