UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIL LAROM and BAR LAROM, Personal Representatives of the Estates of DAPHINA LAROM, Deceased, and CAMILLE LAROM, Deceased, Israel,<br><br>and<br><br>NIL LAROM and BAR LAROM, in their own right, Quebec Canada<br><br>    Plaintiffs,<br><br>    v.<br><br>ORACAM LTD., a Delaware Corporation, Wilmington, Delaware,<br><br>and<br><br>THE NEW PIPER AIRCRAFT, INC., A Delaware Corporation, Vero Beach, Florida,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 05-922 (JJF)<br><br><u>JURY TRIAL DEMANDED</u> |

**ORDER GRANTING STIPULATION FURTHER EXTENDING TIME
TO RESPOND TO COMPLAINT**

Upon consideration of the Stipulation Further Extending Time to Respond to Complaint dated March 27, 2006 (the "Stipulation") by and between the Plaintiffs and Oracam Ltd. ("Oracam"); it is hereby

ORDERED that the Stipulation is approved;

Date:_____          _____
                                Joseph J. Farnan, Jr.
                                United States District Court Judge

2