# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIL LAROM and BAR LAROM, Personal Representatives of the Estates of DAPHINA LAROM, Deceased, and CAMILLE LAROM, Deceased, Israel, <br><br> and <br><br> NIL LAROM and BAR LAROM, in their own right, Quebec Canada <br><br>    Plaintiffs, <br><br>    v. <br><br> ORACAM LTD., a Delaware Corporation, Wilmington, Delaware, <br><br> and <br><br> THE NEW PIPER AIRCRAFT, INC., A Delaware Corporation, Vero Beach, Florida, <br><br>    Defendants. | Civil Action No. 05-922 (JJF) <br><br> <u>JURY TRIAL DEMANDED</u> |

## **STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff and Oracam Ltd ("Oracam"), subject to Court approval, that the time within which Oracam shall have to answer, move or otherwise respond to the allegations of the Complaint is hereby extended an additional forty five (45) days until and including June 12, 2006.[1]

---

[1] Under previous stipulations (D.I. 4, 6 and 7) the deadline to respond to the Complaint had been extended to and including April 26, 2006.

{10013620.DOC}

| | |
|---|---|
| PEPPER HAMILTON LLP | SMITH, KATZENSTEIN & FURLOW LLP |
| /s/ Albert H. Manwaring | /s/ Etta R. Wolfe |
| Albert H. Manwaring, IV (#4339) | Etta R. Wolfe (#4164) |
| Phillip Mellet (#4741) | 800 Delaware Avenue, 7th Floor |
| Hercules Plaza, Suite 5100 | P.O. Box 410 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| P.O. Box 1709 | (302) 652-8400 - phone |
| Wilmington, DE 19899-1709 | (302) 652-8405 – fax |
| 302-777-6514 - phone | Counsel for Oracam |
| 302-777-8390 - fax | |
| Counsel for plaintiffs | |
| Date: April 25, 2006 | Date: April 25, 2006 |

{10013620.DOC}