UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIL LAROM and BAR LAROM, Personal Representatives of the Estates of DAPHINA LAROM, Deceased, and CAMILLE LAROM, Deceased, Israel, <br><br> and <br><br> NIL LAROM and BAR LAROM, in their own right, Quebec Canada <br><br>    Plaintiffs, <br><br>    v. <br><br> ORACAM LTD., a Delaware Corporation, Wilmington, Delaware, <br><br> and <br><br> THE NEW PIPER AIRCRAFT, INC., A Delaware Corporation, Vero Beach, Florida, <br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 05-922 (JJF) <br><br> JURY TRIAL DEMANDED |

**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiffs and Oracam Ltd ("Oracam"), subject to Court approval, that the time within which Oracam shall have to answer, move or otherwise respond to the allegations of the Complaint is hereby extended an additional thirty (30) days until and including July 12, 2006.[1]

---

[1] Under previous stipulations approved by this Court the deadline to respond to the Complaint had been extended to and including June 12, 2006.

{10014922.DOC}

| | |
|---|---|
| PEPPER HAMILTON LLP | SMITH, KATZENSTEIN & FURLOW LLP |
| /s/ Phillip Mellet | /s/ Etta R. Wolfe |
| Albert H. Manwaring, IV (#4339) | Etta R. Wolfe (#4164) |
| Phillip Mellet (#4741) | 800 Delaware Avenue, 7th Floor |
| Hercules Plaza, Suite 5100 | P.O. Box 410 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| P.O. Box 1709 | (302) 652-8400 - phone |
| Wilmington, DE 19899-1709 | (302) 652-8405 - fax |
| 302-777-6514 - phone | Counsel for Oracam |
| 302-777-8390 - fax | |
| Counsel for Plaintiffs | |
| Date: June 9, 2006 | Date: June 9, 2006 |

{10014922.DOC}