## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIL LAROM and BAR LAROM, Personal Representatives of the Estates of DAPHINA LAROM, Deceased, and CAMILLE LAROM, Deceased, Israel, <br><br> and <br><br> NIL LAROM and BAR LAROM, in their own right, Quebec Canada <br><br> Plaintiffs, <br><br> v. <br><br> ORACAM LTD., a Delaware Corporation, Wilmington, Delaware, <br><br> and <br><br> THE NEW PIPER AIRCRAFT, INC., A Delaware Corporation, Vero Beach, Florida, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br> Civil Action No. 05-922 (JJF) <br><br> <u>JURY TRIAL DEMANDED</u> |

## ORDER GRANTING STIPULATION FURTHER EXTENDING TIME
## <u>TO RESPOND TO COMPLAINT</u>

Upon consideration of the Stipulation Further Extending Time to Respond to Complaint dated June 9, 2006 (the "Stipulation") by and between the Plaintiffs and Oracam Ltd. ("Oracam"); it is hereby

ORDERED that the Stipulation is approved;

Date:_____     _____
                                Joseph J. Farnan, Jr.
                                United States District Court Judge

{10014936.DOC}