**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Stipulation Further Extending Time to Respond to Complaint was caused to be served this 13th day of July 2006 on the following by eFile:

>Albert H. Manwaring, IV, Esquire
>Phillip Mellet, Esquire
>Pepper Hamilton LLP
>Hercules Plaza, Suite 5100
>1313 North Market Street
>P.O. Box 1709
>Wilmington, DE 19899-1709

>/s/ Etta R. Wolfe
>Etta R. Wolfe (ID No. 4164)

10015763.WPD