UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIL LAROM and BAR LAROM, Personal Representatives of the Estates of DAPHINA LAROM, Deceased, and CAMILLE LAROM, Deceased, Israel, and NIL LAROM and BAR LAROM, in their own right, Quebec Canada<br><br>Plaintiffs,<br><br>v.<br><br>ORACAM LTD., a Delaware Corporation, Wilmington, Delaware,<br><br>and<br><br>THE NEW PIPER AIRCRAFT, INC., A Delaware Corporation, Vero Beach, Florida,<br><br>Defendants. | Civil Action No. 05-922 (JJF)<br><br>JURY TRIAL DEMANDED |

**STIPULATION FURTHER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiffs and Oracam Ltd ("Oracam"), subject to Court approval, that the time within which Oracam shall have to answer, move or otherwise respond to the allegations of the Complaint is hereby extended an additional thirty (30) days until and including September 12, 2006.[1] The parties are awaiting Israeli court approval of their agreement to litigate this matter in Israel. The parties expect to receive this approval shortly. Accordingly, the parties expect this to be the

---

[1] Under previous stipulations approved by this Court the deadline to respond to the Complaint had been extended to and including August 12, 2006.

{10016530.DOC}

last request for an extension and hope to have this matter dismissed with prejudice within the next few weeks.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

{10016530.DOC}

| | |
|---|---|
| PEPPER HAMILTON LLP | SMITH, KATZENSTEIN & FURLOW LLP |
| /s/ Phillip Mellet | /s/ Etta R. Wolfe |
| Albert H. Manwaring, IV (#4339) | Etta R. Wolfe (#4164) |
| Phillip Mellet (#4741) | 800 Delaware Avenue, 7th Floor |
| Hercules Plaza, Suite 5100 | P.O. Box 410 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| P.O. Box 1709 | (302) 652-8400 - phone |
| Wilmington, DE 19899 | (302) 652-8405 - fax |
| 302-777-6500 - phone | Counsel for Oracam |
| 302-777-8390 - fax | |
| Counsel for Plaintiffs | |
| Date: August 11, 2006 | Date: August 11, 2006 |

{10016530.DOC}

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Sixth Stipulation Further Extending Time to Respond to Complaint was caused to be served this 11th day of August 2006 on the following by eFile:

> Albert H. Manwaring, IV, Esquire
> Phillip Mellet, Esquire
> Pepper Hamilton LLP
> Hercules Plaza, Suite 5100
> 1313 North Market Street
> P.O. Box 1709
> Wilmington, DE 19899-1709

/s/ Etta R. Wolfe
Etta R. Wolfe (ID No. 4164)

10016546.WPD