UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIL LAROM and BAR LAROM, Personal Representatives of the Estates of DAPHINA LAROM, Deceased, and CAMILLE LAROM, Deceased, Israel, <br><br> and <br><br> NIL LAROM and BAR LAROM, in their own right, Quebec Canada <br><br>    Plaintiffs, <br><br>    v. <br><br> ORACAM LTD., a Delaware Corporation, Wilmington, Delaware, <br><br> and <br><br> THE NEW PIPER AIRCRAFT, INC., A Delaware Corporation, Vero Beach, Florida, <br><br>    Defendants. | <br><br><br><br><br><br><br><br><br> Civil Action No. 05-922 (JJF) <br><br> <u>JURY TRIAL DEMANDED</u> |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiffs and Oracam Ltd. ("Oracam"), that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Complaint is hereby DISMISSED WITH PREJUDICE and with each party to bear its own fees and costs incurred in this matter.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

{10017295.DOC}

There are no remaining claims by any party, and thus, this matter is closed.

| PEPPER HAMILTON LLP | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| /s/ Phillip T. Mellet | /s/ Etta R. Wolfe |
| Albert H. Manwaring, IV (#4339) | Etta R. Wolfe (#4164) |
| Phillip T. Mellet (#4741) | 800 Delaware Avenue, 7th Floor |
| Hercules Plaza, Suite 5100 | P.O. Box 410 |
| 1313 N. Market Street | Wilmington, DE 19899 |
| Wilmington, DE 19899 - 1709 | (302) 652-8400 - phone |
| 302-777-6500 - phone | (302) 652-8405 - fax |
| 302-777-8390 - fax | Counsel for Oracam |
| Counsel for Plaintiffs | |
| Dated: September 5, 2006 | Dated: September 5, 2006 |